PATRICIA KARI *v.* MICHAEL DEPALO, JR., ET AL.
(14658)

Landau, Schaller and Hennessy, Js.

Argued March 22—officially released April 23, 1996

Per Curiam. The judgment is affirmed.

DUANE CUSHING *v.* THOMAS R. STANISH,
TRUSTEE, ET AL.
(14477)

Foti, Lavery and Landau, Js.

Argued March 25—officially released April 23, 1996

Per Curiam. The judgment is affirmed.

GE CAPITAL ASSET MANAGEMENT CORPORATION
*v.* FELIX BURGOS, JR., ET AL.
(15131)

O'Connell, Landau and Hennessy, Js.

Argued March 26—officially released April 23, 1996

Per Curiam. The judgment is affirmed.

LOIS VERTUCCI ET AL. *v.* DAVID LINDSAY ET AL.
(14630)

O'Connell, Lavery and Landau, Js.

Submitted on briefs March 27—officially released April 23, 1996

Per Curiam. This appeal is controlled by *Sanzone* v. *Board of Police Commissioners*, 219 Conn. 179, 592 A.2d 912 (1991), and *Cook* v. *Turner*, 219 Conn. 641, 593 A.2d 504 (1991).

The judgment is affirmed.